IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT,<br><br>    Petitioner,<br><br>    v.<br><br>THOMAS E. BROWN, et al.,<br><br>    Respondent. | CIVIL ACTION FILE<br>NO. 1:11-CV- 618-TWT |

### ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the Petition. The Petitioner's ignorance of the one year statute of limitations in filing a habeas corpus petition does not authorize the Court to ignore 28 U. S. C. § 2244. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The request for a Certificate of Appealability is DENIED.

SO ORDERED, this 6 day of April, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Scott\11cv618\r&r.wpd